

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00734-CV

Sandra **SAKS**, Lee Nick McFadin, III, and Margaret Landen Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE LLC** and Marcus Rogers, as Trustee for
the Saks Children Trust a/k/a ATFL&L, a Texas trust,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees Broadway Coffeehouse LLC and Marcus Rogers, as Trustee for the Saks Children Trust a/k/a ATFL&L, a Texas trust, recover their costs of this appeal from appellants, Sandra Saks, Lee Nick McFadin, III, and Margaret Landen Saks.

SIGNED October 28, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Larry Noll entered an order granting a partial summary judgment. The Honorable Antonia Arteaga signed the final judgment.